IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | Case No. 5:23-cr-13 (MTT) |
| JAMES JACKSON, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

**ORDER OF DETENTION PENDING TRIAL**

On March 30, 2023, Defendant James Jackson appeared before the Court for a hearing on the Government's motion for detention. The parties notified the Court that Defendant is currently subject to a state hold pursuant to a pending probation violation charge. In light of that hold, Defendant has waived pretrial release at this time, and the Court hereby orders that Defendant be detained in federal custody pending resolution of the charges in this case. Should Defendant resolve the state matters prior to the conclusion of this case, the Court will renew consideration of bond or release at Defendant's request.

Accordingly, the Defendant is hereby committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED, this the 31st day of March, 2023.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge