**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 5:23-CR-13 (MTT)** |
| | ) | |
| **JAMES JACKSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## <u>ORDER</u>

The parties have jointly moved the Court to continue this case to the next trial term.  Doc. 17.  The defendant was indicted on March 14, 2023, and had his arraignment in this Court on March 30, 2023.  Docs. 1; 10.  No prior continuances have been granted.  The parties now jointly move the Court to continue this case to the next trial term to provide additional time for the defendant's counsel to receive and review discovery, conduct any required investigation, prepare for trial, or negotiate a potential resolution.  Doc. 17 ¶ 4.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial.  Accordingly, the motion (Doc. 17) is **GRANTED**.  The case is continued from the April term until the Court's trial term presently scheduled for **July 17, 2023**.  The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq.*

**SO ORDERED**, this 5th day of April, 2023.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT