IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:23-CR-13 (MTT) |
| | ) |
| JAMES JACKSON, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### ORDER

The parties have jointly moved the Court to continue this case to the next trial term.  Doc. 35.  The defendant was indicted on March 14, 2023, and had his arraignment in this Court on March 30, 2023.  Docs. 1; 10.  Four prior continuances have been granted.  Docs. 18; 23; 26; 29.  The defendant, by and through his counsel, filed a motion to suppress on December 11, 2023.  Doc. 34.  The parties now move the Court to continue this case to the next trial term to provide additional time for the parties to file their briefs and the Court to subsequently convene a motion hearing.  Doc. 35 at 4.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial.  Accordingly, the motion (Doc. 35) is **GRANTED**.  The case is continued from the January term until the Court's trial term presently scheduled for **March 11, 2024**.  The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 15th day of December, 2023.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT