IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:23-CR-13 (MTT) |
| | ) |
| JAMES JACKSON, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

The parties have jointly moved the Court to continue this case to the next trial term. Doc. 42. The defendant was indicted on March 14, 2023, and had his arraignment in this Court on March 30, 2023. Docs. 1; 10. Five prior continuances have been granted. Docs. 18; 23; 26; 29; 36. The defendant, by and through his counsel, filed a motion to suppress on December 11, 2023. Doc. 34. The parties now move the Court to continue this case to the next trial term to provide additional time for the Court to rule on the pending motion. Doc. 42 ¶ 5.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial. Accordingly, the motion (Doc. 42) is **GRANTED**. The case is continued from the March term until the Court's trial term presently scheduled for **April 22, 2024**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 13th day of February, 2024.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT